# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0647. AUDREY MALONE v. GRADY MEMORIAL HOSPITAL CORPORATION et al.

Acting pro se, Audrey Malone filed the underlying action against multiple defendants, including Grady Memorial Hospital Corporation. The trial court ordered Malone to file an amended complaint and, after she did so, each of the defendants moved to dismiss the claims against them. The trial court granted those motions, and Malone appealed the dismissal order to the Supreme Court of Georgia. After Malone filed her notice of appeal, the trial court entered an order denying Malone's motion for reconsideration and/or motion to set aside the order of dismissal. Malone then filed an amended notice of appeal to the Georgia Supreme Court, stating she was also appealing the denial of her motion for reconsideration. Finding that it lacked jurisdiction over the appeal, the Supreme Court issued both a transfer order and an order of remittitur to this Court. Malone's appeal was subsequently docketed in this Court as Case No. A26A0464. After receiving the order of remittitur from the Supreme Court, Malone filed a notice of appeal to this Court. That notice of appeal resulted in the docketing of the current case.

Once the Supreme Court transferred Malone's appeal to this Court, no further action on Malone's part was required. Given that fact, and because this case is

identical to Malone's pending appeal in Case No. A26A0464, we hereby DISMISS this appeal as duplicative.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   11/14/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*